U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
JAN - 9 2024
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR 00008 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 1349 |
| | ) | |
| EUGENE WILSON, and | ) | |
| COURTNEY RAYFORD | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

#### A.   INTRODUCTION

At all times material herein:

1. Verizon Communications, Incorporated (Verizon), is a corporation that does business in the Eastern District of Arkansas. Specifically, Verizon stores are located in this district.

2. Verizon offered a college tuition reimbursement program, allowing qualifying employees to seek reimbursement of certain college tuition expenses of up to $8,000 per year while employed at Verizon.

3. Verizon employed Bright Horizons Family Solutions, Inc. to coordinate the tuition reimbursement program, including by processing applications submitted from Verizon employees.

#### B.   THE CHARGE

From in or about January 2013 to in or about December 2019, in the Eastern District of Arkansas, the defendants,

EUGENE WILSON, and
COURTNEY RAYFORD

knowingly and intentionally conspired with each other, and others known and unknown to the Grand Jury, to devise and participate in a scheme to defraud by obtaining tuition reimbursement funds by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1343.

### C.   MEANS AND MANNER

As part of the conspiracy, the following occurred:

1. EUGENE WILSON, COURTNEY RAYFORD, and others were employed by Verizon at various points throughout the dates alleged in the conspiracy.

2. EUGENE WILSON, COURTNEY RAYFORD, and others, participated in a scheme where Verizon employees were recruited to receive tuition reimbursement without attending college courses or being enrolled in a college or university.

3. Verizon employees would provide WILSON, RAYFORD, and others with their company login information and credentials, and WILSON would electronically complete and submit their applications for tuition reimbursement.

4. Applications would be submitted on the employee's behalf to a third-party vendor which processed applications, Bright Horizons Family Solutions, Inc., located outside of the Eastern District of Arkansas.

5. Following the completion of the application, WILSON would submit forged transcripts purporting to be from various colleges and/or universities, to include Arkansas Baptist College and Philander Smith College, indicating that the employees attended the institution.

6. Upon payment of the tuition reimbursement application, WILSON, RAYFORD, and others would receive payment from the employee in exchange for their processing of the claims.

All in violation of Title 18, United States Code, Section 1349.

### FORFEITURE ALLEGATION

Upon conviction of Count 1, the defendants, EUGENE WILSON and COURTNEY RAYFORD shall forfeit to the United States, under 18 U.S.C. § 982, all property, real or personal, that represents or is traceable to the gross receipts obtained, directly or indirectly, as a result of such violation.

☐   NO TRUE BILL.                    ☒   TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY


JONATHAN D. ROSS
UNITED STATES ATTORNEY


*Amanda Fields*
AMANDA FIELDS
Bar Number 2009078
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Amanda.Fields@usdoj.gov